ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| SOC LLC (dba SOC Nevada LLC) | ) ASBCA Nos. 59673, 59674 |
| | ) |
| Under Contract No. W52P1J-11-D-0002 | ) |

APPEARANCE FOR THE APPELLANT: Hal J. Perloff, Esq.
Husch Blackwell LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ James P. Leary, JA
LTC Jose A. Cora, JA
CPT Jessica E. Edgell, JA
Trial Attorneys

ORDER OF DISMISSAL

Appellant's counsel having advised the Board that appellant has received the settlement amount agreed to in the alternative disputes resolution proceeding held at the Board on 27-28 October 2015, and appellant having moved to dismiss these appeals with prejudice, these appeals are hereby dismissed with prejudice.

Dated: 17 February 2016

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59673, 59674, Appeals of SOC LLC (dba SOC Nevada LLC), rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals